UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PAMELA JO HARLAN, | ) | Case No. 5:07 CV 3223 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT ENTRY |
| | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | Magistrate Judge James S. Gallas |
| | ) | |

In accordance with the concomitant memorandum opinion, the decision of the Commissioner denying supplemental security insurance benefits is not based on error and is supported by substantial evidence. Accordingly, the determination is AFFIRMED. This matter is concluded pursuant to Rule 58 of the Rules of Federal Rules of Civil Procedure and is appealable.

IT IS SO ORDERED.

                                                                                       s/James S. Gallas
                                                                   United States Magistrate Judge

March 20, 2009